IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL JEROME IRBY, Jr.,                     :
                Petitioner                       :
        v.                                      : Case No. 2:21-cv-741-KRG-KAP
WARDEN, BLAIR COUNTY PRISON,       :
(per Fed.R.Civ.P. 25)                           :
              Respondent                       :

Memorandum Order

      Petitioner's petition for a writ of habeas corpus was denied in December 2021. There was no appeal. Petitioner pleaded guilty to some of the charges pending at Commonwealth v. Irby, Case No. CP-07-CR-714-2021 (Blair C.P.) and was sentenced to 6 months of probation in January 2022. There was no appeal. Check of the DOC website today indicates petitioner is neither in the custody of the DOC or the Parole Board, and petitioner has not updated his address with the Clerk in this or any other of his cases.

      The Clerk shall mark this case closed. If petitioner contacts the Clerk the Clerk shall send petitioner a copy of this order.

DATE:  July 15, 2022                                        
                                       Keith A. Pesto,
                                       United States Magistrate Judge